IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:00-cr-00038-MP

ZHENG WEI ZHENG,

     Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 317, Motion Requesting an Order to Destroy Property as to Zheng Wei Zheng. The property involved is a handgun and two boxes of ammunition. Defendant has been convicted of a felony and has exhausted his appellate and other procedural rights relating to his conviction. As a convicted felon, he is prohibited from possessing a firearm or ammunition under Title 18, United States Code, Section 922(g). He is also subject to deportation. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion at doc. 317 is granted, and the government is ordered to destroy the following property:

- One .380 caliber (9mm KURZ) AMT pistol, serial number DAA03746;
- One box of .380 caliber ammunition; and
- One box of 9mm caliber ammunition.

**DONE AND ORDERED** this  *30th*  day of May, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge